UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES                                             NO. 09-305

VERSUS                                                    JUDGE WALTER

FONTAINE C. GREMILLION

ORDER

Considering the unopposed motion to continue sentencing, IT IS HEREBY ORDERED that the motion is granted, and that the sentencing hearing set for May 27, 2010 is continued.  It is further ordered that counsel for defendant shall promptly coordinate with all counsel in contacting the court for the purpose of selecting a new sentencing date, at which time the deadline for any party to file a sentencing memorandum will also be fixed.

Shreveport, Louisiana, this ___ day of May, 2010.

_____
United States District Judge